UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RONALD HALEY,**

    Plaintiff,

v.                        **CASE NO.: 8:07-cv-1368-T-26TGW**

**SOUTHERN COAL & LAND COMPANY, INC.,**

    Defendant.
_____/

## STIPULATION AND JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, counsel for plaintiff, Ronald Haley, and counsel for the defendant, Southern Coal & Land Company, Inc., notify the Court that this matter has been amicably settled and stipulate to the voluntary dismissal of this action with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

| | |
|---|---|
| /s/ Christie D. Arkovich_____ | /s/ Michael B. Colgan_____ |
| Christie D. Arkovich | Michael B. Colgan |
| Florida Bar No.: 963690 | Florida Bar No.: 0191383 |
| E-Mail: cdalaw@tampabay.rr.com | E-Mail: mcolgan@glennrasmussen.com |
| 1520 W. Cleveland St. | **GLENN RASMUSSEN** |
| Tampa, FL 33606 | **FOGARTY & HOOKER, P.A.** |
| (831) 258-2808 | 100 South Ashley Drive, Ste. 1300 |
| | Tampa, FL 33601-3333 |
| *Attorneys for Plaintiff* | (813)229-3333 |
| | *Attorneys for Defendant* |

03882-00100 508345 v1